AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | |
|---|---|
| ASENCION ROLDAN MORENO, DANIEL MORALES, EBER GARCIA FLORES (A.K.A JUNIOR), and JESUS ANGEL GARCIA FLORES, individually and on behalf of others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>3402 BROADWAY TAVERN INC (D/B/A THE TRESTLE), JOSEPH BROWN, and JAQUELINE M. KELLY,<br><br>*Defendant(s)* | Civil Action No.  25-cv-857 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  see attached rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Catalina Sojo
CSM Legal, P.C.
60 East 42nd Street, Suite 4510
New York, New York 10165

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
CLERK OF COURT

Date: 2/14/2025

*Signature of Clerk or Deputy Clerk*
Shirley Mora

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
--------------------------------------------------------X
ASENCION ROLDAN MORENO, DANIEL MORALES, EBER GARCIA FLORES (A.K.A JUNIOR), and JESUS ANGEL GARCIA FLORES, *individually and on behalf of others similarly situated,*

*Plaintiffs,*

-against-

3402 BROADWAY TAVERN INC (D/B/A THE TRESTLE), JOSEPH BROWN, and JAQUELINE M. KELLY,

*Defendants.*
--------------------------------------------------------X

**Index No.**

**RIDER TO REQUEST FOR SUMMONS**

3402 Broadway Tavern Inc (d/b/a The Trestle)
34-02 Broadway
Astoria, New York 11106

Joseph Brown
34-02 Broadway
Astoria, New York 11106

Jaqueline M. Kelly
34-02 Broadway
Astoria, New York 11106