**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

_____

ASENCION ROLDAN MORENO, DANIEL
MORALES, EBER GARCIA FLORES
(A.K.A. JUNIOR), and JESUS ANGEL
GARCIA FLORES, *individually and on behalf*
*of others similarly situated,*

**PLAINTIFFS**,

    - against –

3402 BROADWAY TAVERN INC. (D/B/A
THE TRESTLE), JOSEPH BROWN, and
JAQUELINE M. KELLY,

**DEFENDANTS.**

_____

Case No. 25 CV 0857

**ANSWER TO COMPLAINT**

      Defendants 3402 BROADWAY TAVERN INC. (d/b/a The Trestle), JOSEPH BROWN,

and JAQUELINE M. KELLY, by their undersigned attorney, TSAI PLLC, Answer to the

Complaint alleges:

    1. Denies each and every allegation contained in paragraph 1 of the Complaint, except admits

Plaintiffs are both current and former employees 3402 Broadway Tavern Inc.

    2. Denies each and every allegation contained in paragraph 2 of the Complaint, except admits

Defendant 3402 Broadway Tavern Inc. operates a restaurant located at 34-02 Broadway,

Astoria, New York 11106 under the name "The Trestle".

    3. Denies each and every allegation contained in paragraph 3 of the Complaint.

    4. Denies each and every allegation contained in paragraph 4 of the Complaint, except admits

Plaintiffs were employed as dishwashers and cooks at a restaurant located at 34-02 Broadway,

Astoria, New York 11106.

5. Denies each and every allegation contained in paragraph 5 of the Complaint.

6. Denies each and every allegation contained in paragraph 6 of the Complaint.

7. Denies each and every allegation contained in paragraph 7 of the Complaint.

8. Denies each and every allegation contained in paragraph 8 of the Complaint.

9. Denies each and every allegation contained in paragraph 9 of the Complaint.

10. Denies each and every allegation contained in paragraph 10 of the Complaint.

11. Denies each and every allegation contained in paragraph 11 of the Complaint.

12. Denies each and every allegation contained in paragraph 12 of the Complaint.

13. Denies each and every allegation contained in paragraph 13 of the Complaint.

14. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 14 of the Complaint, and thus denies.

15. Denies each and every allegation contained in paragraph 15 of the Complaint, except admits Plaintiff Roldan was previously employed by Defendant 3402 Broadway Tavern Inc.

16. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 16 of the Complaint, and thus denies.

17. Denies each and every allegation contained in paragraph 17 of the Complaint, except admits Plaintiff Morales was previously employed by Defendant 3402 Broadway Tavern Inc.

18. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 18 of the Complaint, and thus denies.

19. Denies each and every allegation contained in paragraph 19 of the Complaint, except admits Plaintiff Garcia was previously employed by Defendant 3402 Broadway Tavern Inc.

20. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 20 of the Complaint, and thus denies.

21. Denies each and every allegation contained in paragraph 21 of the Complaint, except admits Plaintiff Flores was employed by Defendant 3402 Broadway Tavern Inc.

22. Denies each and every allegation contained in paragraph 22 of the Complaint, except admits Defendant 3402 Broadway Tavern Inc. operates a restaurant located at 34-02 Broadway, Astoria, New York 11106, under the name "The Trestle".

23. Admits paragraph 23 of the Complaint.

24. Denies each and every allegation contained in paragraph 24 of the Complaint.

25. Denies each and every allegation contained in paragraph 25 of the Complaint.

26. Denies each and every allegation contained in paragraph 26 of the Complaint, except admits Defendant 3402 Broadway Tavern Inc. operates a restaurant located in Queens.

27. Denies each and every allegation contained in paragraph 27 of the Complaint.

28. Denies each and every allegation contained in paragraph 28 of the Complaint.

29. Denies each and every allegation contained in paragraph 29 of the Complaint.

30. Denies each and every allegation contained in paragraph 30 of the Complaint.

31. Denies each and every allegation contained in paragraph 31 of the Complaint.

32. Denies each and every allegation contained in paragraph 32 of the Complaint.

33. Denies each and every allegation contained in paragraph 33 of the Complaint.

34. Denies each and every allegation contained in paragraph 34 of the Complaint.

35. Denies each and every allegation contained in paragraph 35 of the Complaint.

36. Denies each and every allegation contained in paragraph 36 of the Complaint, except admits Plaintiffs are current and former employees of Defendant 3402 Broadway Tavern Inc.

37. Denies each and every allegation contained in paragraph 37 of the Complaint.

38. Denies each and every allegation contained in paragraph 38 of the Complaint, except admits Plaintiff Roldan was previously employed by Defendant 3402 Broadway Tavern Inc.

39. Denies each and every allegation contained in paragraph 39 of the Complaint, except admits Plaintiff Roldan was previously employed by Defendant 3402 Broadway Tavern Inc.

40. Denies each and every allegation contained in paragraph 40 of the Complaint.

41. Denies each and every allegation contained in paragraph 41 of the Complaint.

42. Denies each and every allegation contained in paragraph 42 of the Complaint.

43. Denies each and every allegation contained in paragraph 43 of the Complaint.

44. Denies each and every allegation contained in paragraph 44 of the Complaint.

45. Denies each and every allegation contained in paragraph 45 of the Complaint.

46. Denies each and every allegation contained in paragraph 46 of the Complaint.

47. Denies each and every allegation contained in paragraph 47 of the Complaint.

48. Denies each and every allegation contained in paragraph 48 of the Complaint.

49. Denies each and every allegation contained in paragraph 49 of the Complaint.

50. Denies each and every allegation contained in paragraph 50 of the Complaint.

51. Denies each and every allegation contained in paragraph 51 of the Complaint.

52. Denies each and every allegation contained in paragraph 52 of the Complaint.

53. Denies each and every allegation contained in paragraph 53 of the Complaint.

54. Denies each and every allegation contained in paragraph 54 of the Complaint.

55. Denies each and every allegation contained in paragraph 55 of the Complaint.

56. Denies each and every allegation contained in paragraph 56 of the Complaint.

57. Denies each and every allegation contained in paragraph 57 of the Complaint.

58. Denies each and every allegation contained in paragraph 58 of the Complaint, except admits Plaintiff Morales was previously employed by Defendant 3402 Broadway Tavern Inc.

59. Denies each and every allegation contained in paragraph 59 of the Complaint, except admits Plaintiff Morales was previously employed by Defendant 3402 Broadway Tavern Inc.

60. Denies each and every allegation contained in paragraph 60 of the Complaint.

61. Denies each and every allegation contained in paragraph 61 of the Complaint.

62. Denies each and every allegation contained in paragraph 62 of the Complaint.

63. Denies each and every allegation contained in paragraph 63 of the Complaint.

64. Denies each and every allegation contained in paragraph 64 of the Complaint.

65. Denies each and every allegation contained in paragraph 65 of the Complaint.

66. Denies each and every allegation contained in paragraph 66 of the Complaint.

67. Denies each and every allegation contained in paragraph 67 of the Complaint.

68. Denies each and every allegation contained in paragraph 68 of the Complaint.

69. Denies each and every allegation contained in paragraph 69 of the Complaint.

70. Denies each and every allegation contained in paragraph 70 of the Complaint.

71. Denies each and every allegation contained in paragraph 71 of the Complaint.

72. Denies each and every allegation contained in paragraph 72 of the Complaint, except admits Plaintiff Garcia was previously employed by Defendant 3402 Broadway Tavern Inc.

73. Denies each and every allegation contained in paragraph 73 of the Complaint, except admits Plaintiff Garcia was previously employed by Defendant 3402 Broadway Tavern Inc.

74. Denies each and every allegation contained in paragraph 74 of the Complaint.

75. Denies each and every allegation contained in paragraph 75 of the Complaint.

76. Denies each and every allegation contained in paragraph 76 of the Complaint.

77. Denies each and every allegation contained in paragraph 77 of the Complaint.

78. Denies each and every allegation contained in paragraph 78 of the Complaint.

79. Denies each and every allegation contained in paragraph 79 of the Complaint.

80. Denies each and every allegation contained in paragraph 80 of the Complaint.

81. Denies each and every allegation contained in paragraph 81 of the Complaint.

82. Denies each and every allegation contained in paragraph 82 of the Complaint.

83. Denies each and every allegation contained in paragraph 83 of the Complaint.

84. Denies each and every allegation contained in paragraph 84 of the Complaint.

85. Denies each and every allegation contained in paragraph 85 of the Complaint.

86. Denies each and every allegation contained in paragraph 86 of the Complaint.

87. Denies each and every allegation contained in paragraph 87 of the Complaint.

88. Denies each and every allegation contained in paragraph 88 of the Complaint.

89. Denies each and every allegation contained in paragraph 89 of the Complaint, except

admits Plaintiff Flores was previously employed by Defendant 3402 Broadway Tavern Inc.

90. Denies each and every allegation contained in paragraph 90 of the Complaint, except

admits Plaintiff Flores was previously employed by Defendant 3402 Broadway Tavern Inc.

91. Denies each and every allegation contained in paragraph 91 of the Complaint.

92. Denies each and every allegation contained in paragraph 92 of the Complaint.

93. Denies each and every allegation contained in paragraph 93 of the Complaint.

94. Denies each and every allegation contained in paragraph 94 of the Complaint.

95. Denies each and every allegation contained in paragraph 95 of the Complaint.

96. Denies each and every allegation contained in paragraph 96 of the Complaint.

97. Denies each and every allegation contained in paragraph 97 of the Complaint.

98. Denies each and every allegation contained in paragraph 98 of the Complaint.

99. Denies each and every allegation contained in paragraph 99 of the Complaint.

100. Denies each and every allegation contained in paragraph 100 of the Complaint.

101. Denies each and every allegation contained in paragraph 101 of the Complaint.

102. Denies each and every allegation contained in paragraph 102 of the Complaint.

103. Denies each and every allegation contained in paragraph 103 of the Complaint.

104. Denies each and every allegation contained in paragraph 104 of the Complaint.

105. Denies each and every allegation contained in paragraph 105 of the Complaint.

106. Denies each and every allegation contained in paragraph 106 of the Complaint.

107. Denies each and every allegation contained in paragraph 107 of the Complaint.

108. Denies each and every allegation contained in paragraph 108 of the Complaint.

109. Denies each and every allegation contained in paragraph 109 of the Complaint.

110. Denies each and every allegation contained in paragraph 110 of the Complaint.

111. Denies each and every allegation contained in paragraph 111 of the Complaint.

112. Denies each and every allegation contained in paragraph 112 of the Complaint.

113. Denies each and every allegation contained in paragraph 113 of the Complaint.

114. Denies each and every allegation contained in paragraph 114 of the Complaint.

115. Denies each and every allegation contained in paragraph 115 of the Complaint.

116. Denies each and every allegation contained in paragraph 116 of the Complaint.

117. Denies each and every allegation contained in paragraph 117 of the Complaint.

118. Denies each and every allegation contained in paragraph 118 of the Complaint.

119. Denies each and every allegation contained in paragraph 119 of the Complaint.

120. Denies each and every allegation contained in paragraph 120 of the Complaint.

121. Denies each and every allegation contained in paragraph 121 of the Complaint.

122. Denies each and every allegation contained in paragraph 122 of the Complaint.

123. Denies each and every allegation contained in paragraph 123 of the Complaint.

124. Denies each and every allegation contained in paragraph 124 of the Complaint.

125. Denies each and every allegation contained in paragraph 125 of the Complaint.

126. Denies each and every allegation contained in paragraph 126 of the Complaint.

127. Denies each and every allegation contained in paragraph 127 of the Complaint.

128. Denies each and every allegation contained in paragraph 128 of the Complaint.

129. Denies each and every allegation contained in paragraph 129 of the Complaint.

## IN ANSWER TO PLAINTIFF'S FIRST CLAIM FOR RELIEF

130. Re-alleges each and every answer set forth in paragraph 1 through 129 as though set forth fully and at length herein.

131. Denies each and every allegation contained in paragraph 131 of the Complaint.

132. Denies each and every allegation contained in paragraph 132 of the Complaint.

133. Denies each and every allegation contained in paragraph 133 of the Complaint.

134. Denies each and every allegation contained in paragraph 134 of the Complaint.

135. Denies each and every allegation contained in paragraph 135 of the Complaint.

136. Denies each and every allegation contained in paragraph 136 of the Complaint.

## IN ANSWER TO PLAINTIFF'S SECOND CLAIM FOR RELIEF

137. Re-alleges each and every answer set forth in paragraph 1 through 136 as though set forth fully and at length herein.

138. Denies each and every allegation contained in paragraph 138 of the Complaint.

139. Denies each and every allegation contained in paragraph 139 of the Complaint.

140. Denies each and every allegation contained in paragraph 140 of the Complaint.

### IN ANSWER TO PLAINTIFF'S THIRD CLAIM FOR RELIEF

141. Re-alleges each and every answer set forth in paragraph 1 through 140 as though set forth fully and at length herein.

142. Denies each and every allegation contained in paragraph 142 of the Complaint.

143. Denies each and every allegation contained in paragraph 143 of the Complaint.

144. Denies each and every allegation contained in paragraph 144 of the Complaint.

145. Denies each and every allegation contained in paragraph 145 of the Complaint.

### IN ANSWER TO PLAINTIFF'S FOURTH CLAIM FOR RELIEF

146. Re-alleges each and every answer set forth in paragraph 1 through 145 as though set forth fully and at length herein.

147. Denies each and every allegation contained in paragraph 147 of the Complaint.

148. Denies each and every allegation contained in paragraph 148 of the Complaint.

149. Denies each and every allegation contained in paragraph 149 of the Complaint.

### IN ANSWER TO PLAINTIFF'S FIFTH CLAIM FOR RELIEF

150. Re-alleges each and every answer set forth in paragraph 1 through 149 as though set forth fully and at length herein.

151. Denies each and every allegation contained in paragraph 151 of the Complaint.

152. Denies each and every allegation contained in paragraph 152 of the Complaint.

153. Denies each and every allegation contained in paragraph 153 of the Complaint.

### IN ANSWER TO PLAINTIFF'S SIXTH CLAIM FOR RELIEF

154. Re-alleges each and every answer set forth in paragraph 1 through 153 as though set forth fully and at length herein.

155. Denies each and every allegation contained in paragraph 155 of the Complaint.

156. Denies each and every allegation contained in paragraph 156 of the Complaint.

157. Denies each and every allegation contained in paragraph 157 of the Complaint.

### IN ANSWER TO PLAINTIFF'S SEVENTH CLAIM FOR RELIEF

158. Re-alleges each and every answer set forth in paragraph 1 through 157 as though set forth fully and at length herein.

159. Denies each and every allegation contained in paragraph 159 of the Complaint.

160. Denies each and every allegation contained in paragraph 160 of the Complaint.

161. Denies each and every allegation contained in paragraph 161 of the Complaint.

### RESPONSE TO PLAINTIFFS' PRAYER FOR RELIEF

The remaining allegations in the Complaint constitute Plaintiff's prayer for relief. Defendants deny that Plaintiff is entitled to the relief requested, or any relief in any amount, or of any kind whatsoever in this action.

### AFFIRMATIVE DEFENSES

Defendants hereby expressly reserve their rights to assert additional defenses should further proceedings in this action, including the progress of any discovery, reveal that such additional defenses would be applicable and appropriate.

### First Affirmative Defense

162. The Complaint and each purported claim for relief alleged herein, fails to state a claim upon which relief can be granted.

**Second Affirmative Defense**

163. The Fair Labor Standards Act does not apply to the Defendants because their annual gross revenue does not exceed $500,000.

**Third Affirmative Defense**

164. Defendants are not an employer as defined by Fair Labor Standards Act and New York Labor Law.

**Fourth Affirmative Defense**

165. Plaintiffs' claims should be dismissed to the extent that they are barred by applicable statutes of limitations and/or the doctrine of laches.

**Fifth Affirmative Defense**

166. Plaintiffs were paid all wages due and owed to them in compliance with Fair Labor Standards Act and New York Labor Law.

**Sixth Affirmative Defense**

167. At all times relevant to the Plaintiffs' claims, the Defendants acted in good faith and had reasonable grounds to believe that their actions were not violative of any federal state or local laws, rules, regulation or guidelines.

**Seventh Affirmative Defense**

168. Plaintiffs are not entitled to liquidated damages because Defendants acted in good faith and had reason to believe their actions and/or omissions did not willfully violate federal and/or state law.

**Eighth Affirmative Defense**

169. The causes of action alleged in the Complaint may not be maintained as a collective action under the Fair Labor Standards Act, 29 U.S.C. § 216, because the Plaintiffs, upon

information and belief, is not similarly situated to some or all of the persons whom they purport to represent.

### Ninth Affirmative Defense

170.  The statements and allegations contained in the Complaint fail to meet the requirements necessary to justify collective action certification or the issuance of collective action notice pursuant to 29 U.S.C. § 216 with respect to some or all of the employees alleged by the Plaintiffs to be similarly situated to them.

### Tenth Affirmative Defense

171. Plaintiffs agreed to arbitrate any or all of the purported claims asserted in the Complaint, the Complaint violates such agreements to arbitrate and the Complaint should be dismissed and/or stayed and Plaintiffs should be compelled to arbitrate.

### Eleventh Affirmative Defense

172. Plaintiff is an exempt employee and not eligible for overtime compensation.

### Twelfth Affirmative Defense

173. Plaintiff is an exempt employee and not subject to minimum wage requirements.

### Thirteenth Affirmative Defense

174. The Fair Labor Standards Act does not apply to the Defendants because Defendants do not have more than one employee.

### Fourteenth Affirmative Defense

175. Defendants are not subject to the Fair Labor Standards Act either under individual coverage or enterprise coverage.

**Fifteenth Affirmative Defense**

176. Defendants invoke the defenses, protections and limitations of the Fair Labor Standards Act.

**Sixteenth Affirmative Defense**

177. Plaintiff lacks standing to maintain an action for failure to provide wage statements under the New York Labor Law.

**Seventeenth Affirmative Defense**

178. Plaintiff lacks standing to maintain an action for failure to provide wage notices under the New York Labor Law.

**Eighteenth Affirmative Defense**

179. Plaintiff is not a manual worker.

## PRAYER FOR RELIEF

WHEREFORE, Defendants hereby respectfully demand judgment dismissing the Complaint in its entirety, together with costs, disbursements, and reasonable attorney's fees incurred in the defense of this action, and that the Defendants have such other and further relief as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, the Defendants demand trial by jury in this action of all issues so triable.

Dated: New York, New York
        August 15, 2025

/s/ Joey Tsai
Joey Tsai
Attorney for Defendants
Tsai PLLC
535 Fifth Avenue
Fourth Floor
New York, NY 10017
T. 646-829-9001
F. 646-829-9002
E. jtsai@tsaipllc.com